SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 2/24/2023

**RIKER DANZIG LLP**
Lance J. Kalik, Esq.
Tracey K. Wishert, Esq.
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800
Attorneys for Defendant,
Harleysville Worcester Insurance Company

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL HALEBIAN & CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> HARLEYSVILLE WORCESTER INSURANCE COMPANY, <br><br> Defendant. | **Civil Action No. 2:22-cv-04400** <br><br> **STIPULATION OF DISMISSAL** |

Plaintiff Michael Halebian & Co., Inc. ("MHC") and Defendant Harleysville Worcester Insurance Company ("Harleysville") hereby stipulate and agree that all claims asserted against Harleysville in the above captioned matter filed under Civil Action No. 2:22-cv-04400 are hereby dismissed with prejudice and without costs against any party.

**S. GREGORY MOSCARITOLO, LLC**
*Attorneys for Plaintiff Michael Halebian & Co., Inc.*

By: _____
    S. Gregory Moscaritolo, Esq.

**RIKER DANZIG LLP**
*Attorneys for Defendant Harleysville Worcester Insurance Company*

By: _____
    Tracey K. Wishert, Esq.

Dated: **February 16, 2023**

Dated: February 16, 2023

5399662v1